Lonnie Harold WAITE, Appellant,

v.

Donna Lou (Waite) LEWIS, Respondent.

No. WD 53228.

Missouri Court of Appeals,
Western District.

Aug. 26, 1997.

W. Patrick Cronan, Columbia, for Appellant.

Cynthia A. Suter, Moberly, for Respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

## ORDER

PER CURIAM.

Lonnie Waite appeals from an order of the Circuit Court of Randolph County granting his former wife's motion to modify their divorce decree with respect to child support. The court increased Appellant's child support payments from $100.00 per month to $700.00 per month.

Affirmed. Rule 84.16(b).